# UNITED STATES DISTRICT COURT

**OFFICE OF THE CLERK**

DISTRICT OF VERMONT

FEDERAL BUILDING

**BURLINGTON, VERMONT 05402-0945**

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

**JEFFREY S. EATON**
CLERK

March 17, 2023

Nicole Conety, Court Operations Manager
Vermont Superior Court, Civil Division
Bennington Unit
207 South Street
Bennington, VT  05201

  RE: *Chinnici v. Town of Bennington et al*

Dear Ms. Conety:

  The above entitled action has been removed to this court and is pending as docket number *2:23-cv-00052*.  I am enclosing a copy of our docket sheet for your information.

  I am at this time requesting a *certified* copy of your docket sheet and the complete *original* file.  If your file is electronic, please contact our Operations Specialist (Lisa Wright, 802-951-8116) for assistance. If there is a charge for this, please bill the removing attorney:

   Michael J. Leddy, Esq.
   McNeil, Leddy & Sheahan, P.C.
   271 South Union Street
   Burlington, VT  05401

        Sincerely,

        */s/Lisa Wright*
        Deputy Clerk

Enclosure
 Docket Sheet

Cc (no enclosure):
 Lia N. Ernst, Esq.
 Michael J. Leddy, Esq.