NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| John Chinnici, <br><br> Plaintiff, <br><br> v. <br><br> Town of Bennington et al., <br><br> Defendants. | Civil Action No. 2:23–cv–52-kjd |

TAKE NOTICE that the above-entitled case has been scheduled for Tuesday, August 1, 2023 at 11:00 a.m., in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for oral argument on Defendants' Joint Motion to Dismiss on Statute-of-Limitations Grounds (Doc. 2).

| | |
|---|---|
| Location: Courtroom 410 | JEFFREY S. EATON, Clerk <br> By: */s/ H. Beth Cota* <br> Deputy Clerk <br> 7/11/2023 |

TO:

Lia N. Ernst, Esq.
Hillary A. Rich, Esq.

Michael J. Leddy, Esq.