# REVISED NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

John Chinnici,

    Plaintiff,

v.                                                       Civil Action No. 2:23-cv-52-kjd

Town of Bennington et al.,

    Defendants.

TAKE NOTICE that the above-entitled case is rescheduled for Thursday, August 3, 2023, at 11:00 a.m., in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for oral argument on Defendants' Joint Motin to Dismiss on Statute-of-Limiations Grounds (Doc. 2).

Location: Courtroom 410                              JEFFREY S. EATON, Clerk
*Previously scheduled for: **8/1/2023 @ 11 a.m.***       By: */s/ H. Beth Cota*
                                                                           Deputy Clerk
                                                                           7/19/2023

TO:

Lia N. Ernst, Esq.
Hillary A. Rich, Esq.

Michael J. Leddy, Esq.