UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JOHN CHINNICI,<br>　　Plaintiff,<br><br>v.<br><br>TOWN OF BENNINGTON, *et al.*,<br>　　Defendants. | )<br>)<br>)<br>)  Civil Case No. 2:23-cv-52-kjd<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

NOW COME Defendants Town of Bennington, Paul Doucette, Lawrence Cole, and Anthony Silvestro, by and through their attorneys, McNeil, Leddy & Sheahan, P.C., and hereby certify that *Defendants' Answer* was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record:

>   Lia N. Ernst, Esq.
>   Hillary Rich, Esq.
>   ACLU Foundation of Vermont
>   P.O. Box 277
>   Montpelier, VT 05601
>   lernst@acluvt.org
>   hrich@aclutvt.org
>   *Counsel for Plaintiff John Chinnici*

DATED at Burlington, Vermont, this 25th day of March 2024.

McNEIL, LEDDY & SHEAHAN, P.C.

BY:　/s/ Michael J. Leddy
　　　Michael J. Leddy, Esq.
　　　271 South Union St.
　　　Burlington, VT  05401
　　　(802) 863-4531
　　　mleddy@mcneilvt.com

　　　*Attorneys for Defendants Town of Bennington, Paul Doucette, Lawrence Cole, and Anthony Silvestro*

400000/632

1