```
                                                         U.S. DISTRICT COURT
                                                         DISTRICT OF VERMONT
                                                                FILED
             UNITED STATES DISTRICT COURT
                       FOR THE                           2025 JUL 31  AM 9: 32
                  DISTRICT OF VERMONT
                                                               CLERK
                                                         BY      CDC
JOHN CHINNICI,                    )                          DEPUTY CLERK
        Plaintiff,                )
                                  )
    v.                            )    Civil Case No. 2:23-cv-52-kjd
                                  )
TOWN OF BENNINGTON, et al.,       )
        Defendants.               )
```

## STIPULATED DISMISSAL WITH PREJUDICE

NOW COME the Parties, by and through their respective counsel, and, pursuant to F.R.C.P. 41(a)(1)(A)(ii), stipulate that this matter is hereby dismissed *with prejudice*. The Parties shall bear their own costs and attorneys' fees. This voluntary dismissal is a final order pursuant to F.R.C.P. 41(a).

ACLU FOUNDATION OF VERMONT

7/30/2025          BY:   /s/ Lia Ernst
Date                     Lia Ernst, Esq.
                         Hillary Rich, Esq.
                         P.O. Box 277
                         Montpelier, VT 05601
                         (802) 223-6304
                         lernst@acluvt.org
                         hrich@acluvt.org
                         Attorneys for Plaintiff


McNEIL, LEDDY & SHEAHAN, P.C.

7/30/2025          BY:   /s/ Michael J. Leddy
Date                     Michael J. Leddy, Esq.
                         271 South Union Street
                         Burlington, VT 05401
                         (802) 863-4531
                         mleddy@mcneilvt.com
                         Attorneys for Defendants

McNEIL
LEDDY &
SHEAHAN

271 South Union St.
Burlington, VT 05401
802.863.4531
802.863.1743
www.mcneilvt.com

**APPROVED AND SO ORDERED:**

July 30, 2025
Date

_____
U.S. Magistrate Judge Kevin J. Doyle

McNEIL
LEDDY &
SHEAHAN

1 South Union St.
Burlington, VT 05401
802.863.4531
802.863.1743
www.mcneilvt.com